The **OUTLET COMPANY, OUTLET BROADCASTING DIVISION**

v.

John H. **NORBERG**, Tax Administrator.

No. 84–541–M.P.

Supreme Court of Rhode Island.

Dec. 19, 1984.

Charles J. McGovern, Providence, for petitioner.

Dennis J. Roberts, II, Atty. Gen., for respondent.

## ORDER

The petition for writ of certiorari is denied.